No. 94–5463. PALMIERI *v.* UNITED STATES. C. A. 3d Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Staples* v. *United States,* 511 U. S. 600 (1994). 

No. —– —–. WEST *v.* COUNTY OF KERN ET AL. Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner denied.

No. —– —–. MYERS *v.* ESTELLE, WARDEN, ET AL. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. D–1420. IN RE DISBARMENT OF BERNSTEIN. Disbarment entered. [For earlier order herein, see 512 U. S. 1267.]

No. D–1424. IN RE DISBARMENT OF HOLZMANN. Disbarment entered. [For earlier order herein, see 512 U. S. 1268.]

No. D–1426. IN RE DISBARMENT OF NOLAN. Disbarment entered. [For earlier order herein, see 512 U. S. 1268.]

No. D–1428. IN RE DISBARMENT OF STERNBERG. Disbarment entered. [For earlier order herein, see 512 U. S. 1268.]

No. D–1430. IN RE DISBARMENT OF FIELD. Disbarment entered. [For earlier order herein, see 512 U. S. 1269.]

No. D–1432. IN RE DISBARMENT OF THOMPSON. Disbarment entered. [For earlier order herein, see 512 U. S. 1269.]

No. D–1435. IN RE DISBARMENT OF MCGREEVY. Disbarment entered. [For earlier order herein, see 512 U. S. 1275.]

No. D–1436. IN RE DISBARMENT OF SIMS. Disbarment entered. [For earlier order herein, see 512 U. S. 1275.]

No. D–1438. IN RE DISBARMENT OF KENNEDY. Disbarment entered. [For earlier order herein, see 512 U. S. 1275.]